DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH MICELI** and **MARIA MICELI,**
Appellants,

v.

**BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,**
Appellee.

No. 4D15-2910

[February 24, 2016]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Senior Judge; L.T. Case No. 2012CA5149.

Richard R. Widell, Margery E. Golant and Stuart M. Golant of Golant & Golant, P.A., Boca Raton, for appellants.

Jeremy W. Harris and David F. Knobel of Morris, Laing, Evans, Brock & Kennedy, Chtd., West Palm Beach, for appellee.

PER CURIAM.

Because the appellants have not preserved the claim of error for review, we affirm the non-final order on appeal, which determines that the motion to quash service of process was moot. However, before the trial court rules on the pending motion to quash re-service of process, it must determine the validity of the original service of process from 2014. *See Vidal v. SunTrust Bank*, 41 So. 3d 401, 404 (Fla. 4th DCA 2010) ("The validity of the original service must first be determined before the trial court can rule on the pending motion [to quash the second service].").

*Affirmed.*

STEVENSON, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***